```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TASHICA PICKERING,                                                     :
                                                                       :
                             Plaintiff,                                :
                                                                       :          20-CV-6055 (JPC)
          -v-                                                          :
                                                                       :              ORDER
LM INSURANCE CORPORATION,                                              :
                                                                       :
                             Defendant.                                :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020

JOHN P. CRONAN, United States District Judge:

On December 14, 2020, Defendant submitted a letter seeking (1) an Order from the Court requiring Plaintiff to comply with Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure and precluding Plaintiff from pursuing categories of damages not specified, and (2) an Order allowing Defendant to serve ten additional interrogatories if Plaintiff is seeking damages other than for recovery of pain and suffering.  (Dkt. 34.)  On December 16, 2020, Plaintiff submitted a letter demonstrating that it had responded to Plaintiff's discovery request and is only seeking damages for pain and suffering.  (Dkt. 35.)  Plaintiff therefore contends that Defendant's request is moot.

It is hereby ORDERED that Defendant shall submit a letter response by December 21, 2020 explaining its view as to whether its December 14, 2020 request is moot.

SO ORDERED.

Dated: December 17, 2020
       New York, New York                         _____
                                                       JOHN P. CRONAN
                                                   United States District Judge