UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TASHICA PICKERING,                                                      :
:
                          Plaintiff,    :
:        20-CV-6055 (JPC)
      -v-                                                               :
:        <u>ORDER</u>
LM INSURANCE CORPORATION,                                               :
:
                         Defendant.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 14, 2020, Defendant submitted a letter seeking (1) an Order from the Court requiring Plaintiff to comply with Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure and precluding Plaintiff from pursuing categories of damages not specified, and (2) an Order allowing Defendant to serve ten additional interrogatories if Plaintiff is seeking damages other than for recovery of pain and suffering. (Dkt. 34.) On December 16, 2020, Plaintiff submitted a letter contending that Defendant's request is moot, as Plaintiff had responded to Defendant's discovery request and is only seeking damages for pain and suffering. (Dkt. 35.) Pursuant to an Order from the Court, Defendant submitted an additional letter agreeing its December 14, 2020 request is now moot but requesting permission to serve five additional interrogatories. (Dkt.37.)

      It is hereby ORDERED that Defendant's December 14, 2020 request for discovery is DENIED as moot, and that its request to serve five additional interrogatories is GRANTED. The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 34.

      SO ORDERED.

Dated: December 21, 2020
      New York, New York
                                                   JOHN P. CRONAN
                                                 United States District Judge